**JS 44**
(Rev. 12/96)

**#113947**

# CIVIL COVER SHEET

**B-00-101**

The JS–44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS

CARLOS RAMIREZ D/B/A ST. FRANCIS
DISTRIBUTING CO.

## DEFENDANTS

TOM'S FOODS, INC. AND ROY AJA

**(b)** COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  **Cameron**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT  **Georgia**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Guillermo Vega, Jr.
302 Kings Highway, Suite 105
Brownsville, TX 78521
(956) 546-5573

ATTORNEYS (IF KNOWN)

Mitchell C. Chaney/ Daniel D. Herink
Rodriguez, Colvin & Chaney, L.L.P.
Post Office Box 2155
Brownsville, TX 78522  (956) 542-7441

## II. BASIS OF JURISDICTION   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES   (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. ORIGIN   (PLACE AN "X" IN ONE BOX ONLY)

- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT   (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| | | ☐ 371 Truth in Lending | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☒ 190 Other Contract | ☐ 360 Other Personal Injury | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 220 Foreclosure | ☐ 442 Employment | **HABEAS CORPUS:** | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | ☐ 890 Other Statutory Actions |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |

## VI. CAUSE OF ACTION

(CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY.)

Diversity jurisdiction 28 USC 1332; civil action to prevent Defendant from holding Plaintiff in default and terminating business

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:**   ☐ YES   ☐ NO

## VIII. RELATED CASE(S) IF ANY

(See instructions):

JUDGE                    DOCKET NUMBER

DATE

7/3/00

SIGNATURE OF ATTORNEY OF RECORD

*[signature]*

FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2000

Michael N. Milby
Clerk of Court

CARLOS RAMIREZ d/b/a　　　*
ST. FRANCIS DISTRIBUTING CO.　*
　　　　　　　　　　　　　　*
VS.　　　　　　　　　　　　　*　　CIVIL ACTION NO. B-00-101
　　　　　　　　　　　　　　*
TOM'S FOODS, INC. and ROY AJA　*

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

　　　COME NOW TOM'S FOODS, INC. and ROY AJA, Defendants in the above entitled and numbered cause, and file this their Notice of Removal of the present cause from the 103rd Judicial District Court of Cameron County, Texas, in which it is now pending, to the United States District Court for the Southern District of Texas, Brownsville Division, showing the Court as follows:

　　　1.　　This cause was commenced in the 103rd Judicial District Court, Cameron County, Texas on June 23, 2000, when Plaintiff's Original Petition for Temporary Restraining Order was filed in Cause Number 2000-06-2625-D.　A copy of Plaintiff's Original Petition for Temporary Restraining Order is attached hereto and incorporated herein for all purposes to this Notice of Removal.

　　　2.　　Plaintiff obtained a Temporary Restraining Order which was entered by the 103rd Judicial District Court on June 23, 2000.　Defendants were served with a copy of the Plaintiff's Original Petition for Temporary Restraining Order and Temporary Restraining Order on June 24, 2000. A copy of the Citation served on Defendants indicating date of service is attached hereto and incorporated herein for all purposes.

　　　3.　　This is a civil action seeking a permanent injunction against Defendants to prevent Defendant Tom's Foods, Inc. from holding Plaintiff in default and terminating

business with him.  Additionally, Plaintiff has served on Defendants a demand letter dated June 23, 2000, pursuant to the Texas Deceptive Trade Practices Act ("DTPA"), seeking actual damages and expenses in the amount of $297,000.00, plus attorney's fees in the amount of $2,500.00.  A copy of the DTPA demand letter is attached hereto and incorporated herein for all purposes.

4.       Plaintiff alleges in Plaintiff's Original Petition for Temporary Restraining Order that he is a resident of Cameron County, Texas.  Plaintiff is therefore a citizen of Texas.

5.       Defendant Tom's Foods, Inc. is a foreign corporation, incorporated in the State of Delaware with its principal place of business in Columbus, Georgia.

6.       Defendant Roy Aja is a resident of Cameron County, Texas, and is therefore a citizen of Texas.  However, Defendants would show that Defendant Aja has been fraudulently joined in this lawsuit and is not a proper party.  Plaintiff alleges in Paragraph II of his Original Petition that "Roy Aja, the agent for Tom's Foods, Inc. offered to buy the business of the Plaintiff."  Further, in his DTPA demand letter, Plaintiff states in the second paragraph that "Roy Aja offered on behalf of Tom's Foods, Inc. to purchase my client's business at fair market value."  Plaintiff's Original Petition fails to state any allegation or cause of action against Defendant Aja in his individual capacity.  In fact, the only mention of Defendant Aja is that he offered to buy the business of Plaintiff as an agent of Tom's Foods.

7.       In view of the fact that Plaintiff's Original Petition for Temporary Restraining Order contains no specific allegations or causes of action against Defendant Aja and states that he was acting merely as an agent for Tom's Foods, Inc., Defendant Aja is not a proper party and has been fraudulently joined in this lawsuit merely in an attempt to defeat removal.  Under the laws of the State of Texas, Plaintiff has no cause of

action against Defendant Aja, and, therefore, he should not be considered as a defendant for purposes of diversity jurisdiction.

8.      For the purposes of federal removal jurisdiction pursuant to 28 U.S.C. §1441, complete diversity of citizenship existed at the time this lawsuit was filed and now exists between the adverse parties in the present cause.

9.      Defendants would further show the Court that while Plaintiff's pending petition seeks unspecified damages, the DTPA demand letter seeks damages in excess of $297,000.00.   Therefore, Plaintiff is seeking to recover from Defendant damages in excess of $75,000.00.

10.     Upon filing of this Notice of Removal of this cause, written notice of the filing by petitioner to Plaintiff and his counsel has been provided as required by law.  A copy of this notice is also being filed with the Clerk of the State Court in which this cause was originally filed.

11.     This Notice of Removal is timely filed in accordance with 28 U.S.C. §1446(b), in that it is filed within thirty (30) days of service of Plaintiff's Original Petition and DTPA demand letter on Defendants and within one year of the initial filing of the lawsuit.

12.     Defendants hereby request a trial by jury.

WHEREFORE, PREMISES CONSIDERED, Petitioners pray for removal of the above entitled and numbered cause from the 103rd Judicial District Court of Cameron County, Texas to this Honorable Court.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____ w/ permission
    Mitchell C. Chaney    for Mitchell Chaney
Attorney-in-Charge
State Bar No. 04107500
Federal Admissions No. 1918
    Daniel D. Herink
State Bar No. 00790873
Federal Admissions No. 18659
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
TOM'S FOODS, INC. AND ROY AJA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice of Removal was served upon all counsel of record, to-wit:

    Guillermo Vega, Jr.
    302 Kings Highway, Suite 105
    Brownsville, Texas 78521
    Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the 3RD day of July, 2000.

_____
    Daniel D. Herink

# Guillermo Vega, Jr.
## Attorney at Law

546-5573

*Suite 105*
*302 Kings Highway*
*Brownsville, Texas 78521*

June 23, 2000

Roy Aja
Tom's Foods, Inc.
15 Oliva Circle
Brownsville, Texas 78520.

RE:  Carlos Ramirez d/b/a
St. Francis Distributing, Co.

Dear Mr. Aja,

I have been retained to represent Carlos Ramirez d/b/a St. Francis Distributing, Co. with respect to a claim that it has against you.  Please direct all communication concerning this matter to me.

As you know, on June 8, 2000, Roy Aja offered on behalf of Tom's Foods, Inc. to purchase my client's business at fair market value.  On June 12, 2000, Roy Aja confirmed the intention of Tom's Foods, Inc. to purchase the business from my client and that an expert from Tom's Foods, Inc. would come in to confirm the fair market value of the business.  On June 13, 2000 my client received a letter from Tom's Foods, Inc. telling my client that he was in default with Tom's Foods, Inc. and that their intention was to terminate doing business with him.  Among the claims that you made were the following:

1.  That client had a good business and that Tom's Foods, Inc. was interested in buying the business of client.
2.  That business of client had a fair market value of approximately $297,000.00.
3.  That you were positive that Tom's Foods, Inc. would buy my business.

The claims set forth in the preceding paragraph were false, misleading, and deceptive.  In addition, the promise that Roy Aja made that Tom's Foods, Inc. would buy the business, was utterly false and deceiving.

It is our contention that your conduct constitutes false, misleading and deceptive acts and practices in violation of §17.45 and §17.46 of the Deceptive Trade Practices--Consumer Protection Act.



Because of the conduct described above, our client has suffered substantial damages which include, but are not limited to, the following elements:

1. The loss of value of the business.
2. The loss of use of "goods" that the franchisor had promised and then refused to honor.
3. The loss of profits to the client.
4. The amount of the debts our client has incurred with creditors as a result of the false statement
5. The amount of damages for non-performance in failing to purchase the business as was promised.
6. The amount of damages for mental anguish.

Based upon the information now available to us, and for purposes of this notice letter, we estimate that our client's actual damages and expenses are $297,000.00. Of course, we reserve the right to adjust this amount to conform to the information and evidence that will be available to us at the time of trial should litigation be necessary.

Our client has incurred reasonable attorney's fees in the pursuit of the claim stated in this letter. The amount of fees incurred as of the date of this letter is $2,500.00. Of course, I am sure you understand that if this matter is not settled quickly, the amount of time spent on this claim and the amount of attorney's fees will increase dramatically.

Under the contract of employment we have with our client, I have been assigned an interest in this claim against you.

The purpose of this letter is to encourage you to resolve our client's claim in a fair and equitable manner without the need for further legal action. In the event you fail to respond to this letter with an offer of settlement that is acceptable to our client, I will have no alternative but to recommend our client that a lawsuit be filed against you. The lawsuit, will, among other authorities, be filed under the Texas Deceptive Trade Practices and Consumer Protection Act. In this lawsuit, rather than seeking only the amount of money we are asking of you at this time, we will seek to recover the full measure of our client's damages, expenses and attorney's fees as allowed by law.

In the event that you have insurance or a bond which you believe may cover all or any part of the claims made in this letter, you are requested to notify your insurance carrier or bonding company of this claim immediately.

If you are interested in resolving this matter without the necessity of litigation, please contact me within sixty days of your receipt of this letter, pursuant to Section 17.505 of the Deceptive Trade Practices---Consumer Protection Act.

Sincerely,

Guillermo Vega, Jr.

GV/sg
Certified Mail: 7099 3220 0005 4620 9277

```
RUN DATE  06/26/00                                                          PAGE: 01
RUN TIME   9:18 AM                                                          2000-06-002625-D

                              *  *  *  C L E R K ' S   E N T R I E S  *  *  *

CARLOS RAMIREZ D/B/A ST. FRANCIS DISTRIBUTING, CO.   00016501                        06   23   00
                                                     HON. GUILLERMO VEGA, JR.
                          vs                         302 KINGS HIGHWAY STE 105
                                                     BROWNSVILLE TX   78520 0000

TOM'S FOODS INC  AND ROY AJA                         (10)            PETITION FOR TEMPORARY RESTRAINING ORDER


                                                     06/23/00  ORIGINAL PETITION FILED
                                                     06/23/00  CITATION: TOM'S FOODS INC.
                                                     06/23/00     SERVED:
                                                     06/23/00  PRECEPT:TOM'S FOODS INC.
                                                     06/23/00     SERVED:
                                                     06/23/00  PRECEPT: ROY AJA
                                                     06/23/00     SERVED:
                                                     06/23/00  CITATION: ROY AJA
                                                     06/23/00     SERVED:
                                                     06/23/00  VERIFICATION
                                                     06/23/00  AFFIDAVIT (J.WOLFE)
                                                     06/23/00  BOND FOR TEMPORARY RESTRAINING ORDER
                                                              (J.WOLFE)
                                                     06/23/00  AFFIDAVIT OF SURETY (J.WOLFE)
                                                     06/23/00  AFFIDAVIT OF SURETY (J.WOLFE)
                                                     06/23/00  CERTIFICATE OF CASH IN LIEU OF BOND
                                                              (J.WOLFE)

06/23/00  ORDER TO SHOW CAUSE SET FOR JULY 6, 2000 AT 10:00 A.M.
06/23/00  BOND SET FOR $1,000.00 AS PER ORDER SIGNED BY JUDGE
06/23/00  M.MURRAY/J.WOLFE
```



FILED ____410____O'CLOCK __a__M
AURORA DE LA GARZA DIST. CLERK

CAUSE NO. 2000-06-2625-D          JUN 2 3 2000

| | | |
|---|---|---|
| CARLOS RAMIREZ d/b/a | § | IN THE DISTRICT COURT OF |
| ST. FRANCIS DISTRIBUTING, CO. | § | DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| | § | BY _____ DEPUTY |
| **Plaintiff** | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| TOM'S FOODS INC. AND | § | |
| ROY AJA | § | |
| | § | 103rd JUDICIAL DISTRICT |
| **Defendants** | § | |

## PLAINTIFF'S ORIGINAL PETITION FOR TEMPORARY RESTRAINING ORDER

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Carlos Ramirez d/b/a St. Francis Distributing Co., complains of Defendants,

Tom's Foods, Inc. and Roy Aja, as follows:

### I.

Plaintiff is a resident of Cameron County, Texas with a business having its principal place

of business in Cameron County, Texas. Defendant Roy Aja is an individual, residing in Cameron

County, Texas, who may be served at 15 Oliva Circle, Brownsville, Texas 78520 and Defendant,

Tom's Foods Inc., is a foreign corporation doing business in Texas and may be served through its

agent, Roy Aja at 15 Oliva Circle, Brownsville, Texas 78520.

### II.

On June 10, 2000, Roy Aja, the agent for Tom's Foods, Inc. offered to buy the business of

the plaintiff. On June 13, 2000, Plaintiff received a letter of default from Tom's Foods, Inc. which

was in conflict with the offer of Roy Aja.

CMsPDF - www.fenix.com

**III**.

Plaintiff has no adequate remedy at law or otherwise for the harm or damage threatened to be done by Defendants because Plaintiff will lose the business that he has acquired, and developed as evidence by what is said in paragraph II, and further because the Defendants have not dealt in good faith with Plaintiff.

**IV.**

Plaintiff will suffer irreparable harm, damage, and injury unless the acts and conduct of Defendant complained of above are enjoined because Plaintiff will lose his business, as shown by the letter sent to plaintiff by Defendant, Tom's Foods, Inc.

**V**.

It is essential that Defendants be restrained from doing and performing the above described acts, immediately and without notice hereof and hearing, because Plaintiff has no immediate remedy if Defendants continue to hold him in default and proceed to take over his business.

Plaintiff therefore prays that:

1. A temporary restraining order be issued, to continue in force until a day set for hearing on the application for a temporary injunction, or until the further order of this court, restraining Defendants from holding Plaintiff in default at this time and interfering with his business;

2. The court set a date and time for a hearing on notice of this application for a temporary injunction and that Defendants be cited and notified to appear at that day and answer in this action;

3. On this hearing, a temporary injunction be granted and a writ of injunction issue commanding Defendants to cease and desist and refrain from holding Plaintiff in default and ceasing the business of Plaintiff;

4. On final hearing, this temporary injunction be made permanent;

5. Plaintiff have and recover all court costs;

6. Plaintiff have all other and further relief to which he may be entitled.

Respectfully Submitted,

Guillermo Vega, Jr.
State Bar No.20533700
302 Kings Highway, Suite 105
Brownsville, Texas 78521
956-546-5573-Telephone
956-542-1977-Telefax

**Attorney for Plaintiff
Carlos Ramirez d/b/a
St. Francis Distributing, Co.**

CIMPDF - www.fasiio.com

## **Verification**

State of Texas                          §

County of Cameron                  §

     Carlos Ramirez, being duly sworn, says that he is the Plaintiff in the action identified

above, that he has read the above Original Petition For Temporary Restraining Order, and that he

has personal knowledge that its contents are true and correct.

 

                                                                  Carlos Ramirez

Subscribed and sworn to by me on this _22nd_ day of June, 2000.

                                                          Notary Public In and For the

TERESA GARZA
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-18-2003

                                                          State of Texas

                                                          Commission Expires: _10-18-2003_

Case 1:00-cv-00101   Document 1   Filed in TXSD on 07/03/2000   Page 14 of 24

FILED _____ O'CLOCK _____ M
AURORA DE LA GARZA DIST. CLERK
JUN 2 3 2000
DISTRICT COURT CAMERON COUNTE TEXAS
                                    DEPUTY

Cause No. 2000-CV-2625-D

| | | |
|---|---|---|
| CARLOS RAMIREZ d/b/a/<br>ST. FRANCIS DISTRIBUTING COMPANY<br>PLAINTIFF | § § § | THE DISTRICT COURT OF |
| V. | § | CAMERON COUNTY, TEXAS |
| TOM'S FOODS, INC. AND<br>ROY AJA<br>DEFENDANTS | § § § | 103rd JUDICIAL DISTRICT |

### AFFIDAVIT OF SURETY

I, Santiago Cisneros, a surety on the bond of Carlos Ramirez, do hereby swear that I am not in default or violation of any of the provisions of Section 9 (b) or Section 15 of the Texas Bail Bond Act. I do swear that I am worth, in my own right, at least the sum of One Thousand Dollars ($1,000.00), after deducting from my property all that which is exempt by the constitution and Laws of the State from forced sale, and after the payment of all my debts of every description, whether individual or security debts, after satisfying all encumbrances upon my property which are known to me; that I reside in Cameron County, and have property in this State liable to execution worth said amount or more.



_____
Santiago Cisneros

SUBSCRIBED AND SWORN TO BEFORE ME by Santiago Cisneros this, the 22nd day of June, 2000, to certify which witness my hand and seal of office.

Teresa Garza
_____
Notary Public In and For the
State of Texas
Commission Expires: 10-18-2003

TERESA GARZA
NOTARY PUBLIC
State of Texas
Comm. Exp. 10-18-2003

DISTRIBUTOR SALES

FILED 9:10 O'CLOCK A. M
AURORA DE LA GARZA DIST. CLERK

JUN 23 2000

DISTRICT COURT OF CAMERON COUNTY, TEXAS
JANIE WOLFE         DEPUTY

Cause No. 2000-06-2625-D

| | | |
|---|---|---|
| **CARLOS RAMIREZ** d/b/a/<br>**ST. FRANCIS DISTRIBUTING COMPANY**<br>**PLAINTIFF** | § | THE DISTRICT COURT OF CAMERON COUNTY, TEXAS |
| | § | |
| **V.** | § | CAMERON COUNTY, TEXAS |
| | § | |
| **TOM'S FOODS, INC. AND**<br>**ROY AJA** | § | |
| **DEFENDANTS** | § | 103rd JUDICIAL DISTRICT |

## BOND FOR TEMPORARY RESTRAINING ORDER

Whereas, Carlos Ramirez, Plaintiff in the above styled cause, has made application to the court for a temporary restraining order against, Tom's Foods, Inc. and Roy Aja, Defendants in the above styled cause enjoining and restraining them and their agents, servants, and employees, from the commission of certain acts, more particularly described and set forth in Plaintiff's verified petition on file in this court;

Therefore, we the undersigned, Carlos Ramirez, Plaintiff in the above styled cause, as principal, and Blanca Ramirez, and Santiago Cisneros, as sureties, residents of Cameron County, Texas, in consideration of the issuance of the Temporary restraining order, undertake jointly and severally in the sum of One Thousand Dollars ( $1,000.00) and promise to the effect that Plaintiff will abide the decision that may be made in this cause, and will pay all sums of money and costs that may be adjudged against him if the temporary restraining order is dissolved in whole or part.

Dated June 22nd, 2000

Carlos Ramirez

Blanca Ramirez

Santiago Cisneros

Cause No. 7000-06-2625-D

| | | |
|---|---|---|
| CARLOS RAMIREZ d/b/a/ | § | THE DISTRICT COURT OF |
| ST. FRANCIS DISTRIBUTING COMPANY | § | |
| PLAINTIFF | § | |
| | § | |
| V. | § | CAMERON COUNTY, TEXAS |
| | § | |
| TOM'S FOODS, INC. AND | § | |
| ROY AJA | § | |
| DEFENDANTS | § | 103rd  JUDICIAL DISTRICT |

## ORDER TO SHOW CAUSE

The above styled matter was heard by the court on with the Plaintiff appearing by his attorney of record, Guillermo Vega, Jr., and the court, having examined Plaintiff's verified petition filed with the clerk of this court, finds that Plaintiff will suffer irreparable damage to his business and property unless a temporary restraining order is issued restraining Defendants from finding Plaintiff in default and ceasing his business committing the following act or acts before notice is given and a hearing had on Plaintiff's application for a temporary injunction.  The court further finds that a bond in the amount of One Thousand Dollars ( $1,000.00) will fully and adequately protect the rights and interest of the Defendants until a hearing on the motion for temporary injunction.

It is therefor ordered that the Defendants are enjoined and restrained from finding Plaintiff in default and ceasing his business from the date this order is signed for fourteen days or until further order of this court.

It is further ordered that Defendants, Tom's Foods, Inc. and Roy Aja, appear before this court in the 103rd Judicial District Court of Cameron County, Texas located at 974 East Harrison, Brownsville, Texas, at 10:00 o' clock a. m. on July 6 , 2000, then

DISTRIBUTOR SALES
ROY AJA

Case 1:00-cv-00101   Document 1   Filed in TXSD on 07/03/2000   Page 17 of 24

and there to show cause, if any, why a temporary injunction should not be issued in against them, enjoining and restraining them from finding Plaintiff in default and from ceasing the business of Plaintiff, until the final hearing or other disposition of this cause. The clerk of this court is directed to issue a show cause notice to Defendants, Tom's Foods, Inc. and Roy Aja, to appear at the temporary injunction hearing.

It is further ordered that this order will not become effective until Plaintiff executes and files with the clerk of this court a good and sufficient bond in the sum of One Thousand Dollars ($1000.00), from which Plaintiff will pay to Defendants any and all damages they may sustain if it is determined that Defendants are wrongfully restrained, pending the hearing on application for a temporary injunction in this action. On the filing and approval of this bond, the clerk shall issue a temporary restraining order conforming to this order and all legal requirements.

Signed on the ___23rd___ day of June, 2000, at Brownsville, Texas

Presiding Judge

A TRUE COPY FROM  
AURORA DE LA GARZA CLERK  
DISTRICT COURT CAMERON COUNTY, TEXAS  
BY _Jamie Work_ DEPUTY

FILED  
____  O'CLOCK  
AURORA DE LA GARZA DIST. CLERK  

JUN 2 3 2000  

DISTRICT COURT OF CAMERON COUNTY, TEXAS  
DEPUTY

Case 1:00-cv-00101   Document 1   Filed in TXSD on 07/03/2000   Page 18 of 24

06/26/00 07:51 FAX 706 576 4994   DISTRIBUTOR SALES   002
06/24/2000 04:57   9566382398   ROY AJA   E 01

Citation for Personal Service  - GENERAL          Lit. Seq. # 5.003.01

No. 2000-06-002625-D          **COPY**

T H E   S T A T E   O F   T E X A S

NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.  If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

TO: ROY AJA
    15 OLIVIA CIRCLE
    BROWNSVILLE, TEXAS 78520

the      DEFENDANT      , GREETING:

    You are commanded to appear by filing a written answer to the

PLAINTIFF'S ORIGINAL PETITION FOR TEMPORARY RESTRAINING ORDER

at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service of this citation before the Honorable District Court 103rd Judicial District of Cameron County, Texas at the Courthouse of said county in Brownsville, Texas. Said      PETITION      was filed on JUNE 23, 2000   . A copy of same accompanies this citation.

The file number of said suit being No. 2000-06-002625-D.

The style of the case is:

            CARLOS RAMIREZ D/B/A ST. FRANCIS DISTRIBUTING, CO.
                            VS.
            TOM'S FOODS INC. AND ROY AJA

Said petition was filed in said court by      HON. GUILLERMO VEGA, JR.
(Attorney for      PLAINTIFF      ), whose address is
302 KINGS HIGHWAY STE 105 BROWNSVILLE TX 78520                    .

    The nature of the demand is fully shown by a true and correct copy of the Petition accompanying this citation and made a part hereof.

    The officer executing this writ shall promptly serve the same according to requirements of law, and the mandates thereof, and make due return as the law directs.

    Issued and given under my hand and seal of said Court at Brownsville, Texas, this the 23rd day of   JUNE   , A.D. 2000.



            AURORA DE LA GARZA      , DISTRICT CLERK
            Cameron County, Texas
            974 E. Harrison St.
            Brownsville, Texas 78521
            By: _____ , Deputy

Case 1:00-cv-00101   Document 1   Filed in TXSD on 07/03/2000   Page 19 of 24

Precept to Serve

                                                    Lit. Seq. # 5.003.01

                                    No. 2000-06-002625-D
            T H E   S T A T E   O F   T E X A S          **COPY**

CARLOS RAMIREZ D/B/A ST. FRANCIS DISTRIBUTING, CO.      In The District Court

                        VS.                            103rd Judicial District

        TOM'S FOODS INC. AND ROY AJA                   Cameron County, Texas

TO THE SHERIFF OR ANY CONSTABLE OF ANY COUNTY OF THE STATE OF TEXAS (OR ANY
OFFICER OR PERSON AUTHORIZED TO SERVE CITATIONS), GREETING:

YOU ARE HEREBY COMMANDED that you serve
ROY AJA
15 OLIVIA CIRCLE
BROWNSVILLE, TEXAS 78520

the _____DEFENDANT_____ in the above numbered and entitled cause with the

accompanying certified copy of

ORDER TO SHOW CAUSE AND A COPY OF PLAINTIFF'S ORIGINAL PETITION FOR
TEMPORARY RESTRAINING ORDER

        HEREIN FAIL NOT, but of this Writ make due return showing how you have

executed the same.

        ISSUED AND GIVEN UNDER MY HAND and seal of said Court, this the 23rd day of

_JUNE__, A.D. 2000.

                ATTEST:  AURORA DE LA GARZA_____, Clerk, District Courts
                            Cameron County, Texas
                        By: _____, Deputy

                ATTORNEY:
HON. GUILLERMO VEGA, JR.
302 KINGS HIGHWAY STE 105
BROWNSVILLE TX 78520

        R E T U R N   O F   O F F I C E R

Came to hand the ____ day of _June_, 2000, at 4:00 o'clock _P_.M., and

executed (not executed) on the 27th day of _June_, 2000 at 4:10 PM by delivering to

Roy Aja _____ in person a true copy of this Citation,

upon which I endorsed the date of delivery, together with the accompanying copy

of the Order To Show Cause And A Copy of Plaintiff's

Original Petition For Temporary Restraining Order

Cause of failure to execute this citation is: _____

FEES serving 1 copy                     Cameron County Civil Process Service

Total....... $_____        Sheriff/constable _Cameron_ County, TEXAS

Fees paid by: _____           By _____, Deputy

## CAUSE NO. 2000-06-2625-D

| | | |
|---|---|---|
| CARLOS RAMIREZ d/b/a | * | IN THE DISTRICT COURT |
| ST. FRANCIS DISTRIBUTING CO. | * | |
| | * | |
| VS. | * | CAMERON COUNTY, TEXAS |
| | * | |
| TOM'S FOODS, INC. and ROY AJA | * | 103rd JUDICIAL DISTRICT |

## NOTICE TO THE DISTRICT CLERK OF FILING
## OF NOTICE OF REMOVAL

TO:   HONORABLE AURORA DE LA GARZA
      Cameron County District Clerk
      Cameron County Courthouse
      974 East Harrison
      Brownsville, Texas 78520

You will please take notice that Defendants Tom's Foods, Inc. and Roy Aja have filed in the United States District Court for the Southern District of Texas, Brownsville Division, a notice of removal of the cause styled: Carlos Ramirez d/b/a St. Francis Distributing Co. v. Tom's Foods, Inc. and Roy Aja, originally filed in the 103rd Judicial District Court of Cameron County, Texas, Cause Number 2000-06-2625-D, to the United States District Court for the Southern District of Texas, Brownsville Division, and that a true and correct copy of said Notice of Removal is being filed with the Clerk of the 103rd Judicial District Court to thereby effect a removal to said District Court of the United States, and that the State Court shall proceed no further, unless the cause is remanded. A copy of said notice of removal is attached to this notice.

WITNESS the signature of Defendant, through their attorney, on this the 3rd day of July, 2000.

Respectfully submitted,

RODRIGUEZ, COLVIN & CHANEY, L.L.P.

By: _____
        Mitchell C. Chaney
Attorney-in-Charge
State Bar No. 04107500
Federal Admissions No. 1918
        Daniel D. Herink
State Bar No. 00790873
Federal Admissions No. 18659
1201 East Van Buren
Post Office Box 2155
Brownsville, Texas 78522
(956) 542-7441
Fax (956) 541-2170

ATTORNEYS FOR DEFENDANTS,
TOM'S FOODS, INC. AND ROY AJA

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Notice to District Clerk of Filing of Notice of Removal was served upon all counsel of record, to-wit:

> Guillermo Vega, Jr.
> 302 Kings Highway, Suite 105
> Brownsville, Texas 78521
> Attorneys for Plaintiff

by certified mail, return receipt requested, hand delivery, and/or facsimile transmission pursuant to the Federal Rules of Civil Procedure, on this the _3ʳᵈ_ day of July, 2000.

_____
        Daniel D. Herink

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CARLOS RAMIREZ d/b/a          *
ST. FRANCIS DISTRIBUTING CO.  *
                             *
VS.                           *     CIVIL ACTION NO. B-00-101
                             *
TOM'S FOODS, INC. and ROY AJA *

## NOTICE TO THE PLAINTIFF OF FILING
## OF NOTICE OF REMOVAL

TO:    CARLOS RAMIREZ d/b/a ST. FRANCIS DISTRIBUTING CO., Plaintiff, and his
         attorneys:
         Guillermo Vega, Jr.
         302 Kings Highway, Suite 105
         Brownsville, Texas 78521

      PURSUANT to Title 28 U.S.C., Section 1446(d), as amended, you are hereby

notified that on the 3rd day of July, 2000, in the above styled and numbered cause

(being Cause Number 2000-06-2625-D in the 103rd Judicial District Court of Cameron

County, Texas), TOM'S FOODS, INC. and ROY AJA filed their Notice of Removal in the

United States District Court for the Southern District of Texas, Brownsville Division.

Copies of such Notice and other papers so filed are attached hereto.

                                    Respectfully submitted,

                                    RODRIGUEZ, COLVIN & CHANEY, L.L.P.

                                    By: _____  w/ permission
                                         Mitchell C. Chaney    for Mitchell Chaney
                                    Attorney-in-Charge
                                    State Bar No. 04107500
                                    Federal Admissions No. 1918
                                         Daniel D. Herink
                                    State Bar No. 00790873
                                    Federal Admissions No. 18659
                                    1201 East Van Buren
                                    Post Office Box 2155
                                    Brownsville, Texas 78522
                                    (956) 542-7441
                                    Fax (956) 541-2170
                                    ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CARLOS RAMIREZ d/b/a          *
ST. FRANCIS DISTRIBUTING CO.  *
                              *         B-00-101
VS.                           *    CIVIL ACTION NO. _____
                              *
TOM'S FOODS, INC. and ROY AJA *

## INDEX OF ATTORNEYS

1.   Guillermo Vega, Jr.
     State Bar No. 20533700
     302 Kings Highway, Suite 105
     Brownsville, Texas 78521
     (956) 546-5573
     Fax (956) 542-1977
     Attorneys for Plaintiff

2.   Mitchell C. Chaney
     State Bar No. 04107500
     Federal Admissions No. 1918
     Daniel D. Herink
     State Bar No. 00790873
     Federal Admissions No. 18659
     Rodriguez, Colvin & Chaney, L.L.P.
     1201 East Van Buren
     Post Office Box 2155
     Brownsville, Texas 78522
     (956) 542-7441
     Fax (956) 541-2170
     Attorneys for Defendants Tom's Foods, Inc. and Roy Aja

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

CARLOS RAMIREZ d/b/a            *
ST. FRANCIS DISTRIBUTING CO.    *
                                *
VS.                             *        CIVIL ACTION NO. B-00-101 _____
                                *
TOM'S FOODS, INC. and ROY AJA   *

## INDEX OF DOCUMENTS FILED

1.  Civil Cover Sheet

2.  Notice of Removal with following attachments:

    a.  State Court's Docket Sheet
    b.  Plaintiff's Original Petition for Temporary Restraining Order
    c.  Bond for Temporary Restraining Order
    d.  Affidavit of Surety
    e.  Order to Show Cause
    f.  Citation served on Tom's Foods, Inc.
    g.  Citation served on Roy Aja

3.  Notice to Plaintiff of Filing of Notice of Removal

4.  Notice to District Clerk of Filing of Notice of Removal

5.  Index of Attorneys

6.  Index of Documents Filed

7.  Order for Conference and Disclosure of Interested Parties