```
                                                         United States District Court
          IN THE UNITED STATES DISTRICT COURT            Southern District of Texas
                  SOUTHERN DISTRICT OF TEXAS                       FILED
                      BROWNSVILLE DIVISION                    NOV 0 7 2000
```

| | | |
|---|---|---|
| CARLOS RAMIREZ D/B/A | § | Michael N. Milby |
| ST. FRANCIS DISTRIBUTING CO. | § | Clerk of Court |
| | § | |
| VS. | § | CIVIL ACTION NO. B-00-101 |
| | § | |
| TOM'S FOODS, INC. AND ROY AJA | § | |

## FIRST AMENDED MOTION TO RECONSIDER ORDER OF REMAND

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES **TOM'S FOODS, INC.**, Defendant in the above-entitled and numbered cause, and asks the Court to reconsider its Order entered October 25, 2000 in the above-entitled and numbered cause remanding this cause to the 103rd Judicial District Court of Cameron County, Texas, and in support thereof would show the Court as follows:

### I. Introduction

1.  On October 25, 2000, the Court *sua sponte* addressed whether the Parties in this case were diverse in order to have jurisdiction to consider Defendants' Motion to Dismiss based upon a contractual forum selection.

2.  The Court found that Defendants failed to meet their burden of proving fraudulent joinder, and consequently, the Court does not have subject matter jurisdiction to consider Defendants' Motion to Dismiss. Accordingly, the Court remanded this case to the 103rd Judicial District Court of Cameron County.

### II. Argument

3.  Defendant files this First Amended Motion for Reconsideration and asks the Court to reconsider its Order remanding this case to the 103rd Judicial District Court of Cameron County, Texas.

4. The Court should grant Defendant's First Amended Motion for Reconsideration for the following reasons:

    a. After the suit was removed to this Court, an entity called "Bravo Logistics, Inc." filed a Voluntary Petition for bankruptcy in the United States Bankruptcy Court, Southern District of Texas, Brownsville Division;

    b. According to Bravo Logistics, Inc.'s recently Amended Schedule B (List of Assets), Bravo Logistics, Inc. is claiming a property interest in the distributorship rights, to the extent they exist, under the distributorship agreement at issue in this suit;

    c. This Court therefore has subject matter jurisdiction under 28 U.S.C. §§ 157, 1334, despite this Court's finding as to non-diverse parties;

    d. The extent of Bravo Logistics, Inc.'s property interest in the distributorship agreement (and presumably, any causes of action therefrom), and the competing interests of Plaintiffs herein are best determined by the United States Bankruptcy Court; and,

    e. A Motion to Implement Standing Order of Reference to the United States Bankruptcy Court shall be submitted to this forthwith.

## Prayer

For the foregoing reasons, Defendant asks the Court to grant Defendant's First Amended Motion for Reconsideration, and for such further relief, at law and in equity, to which Defendant may show itself justly entitled.

Respectfully,

_Anne E. Catmull_ w/permission MJU
Shelby A. Jordan
State Bar No. 11016700
Admissions No. 2195
Anne E. Catmull
State Bar No. 00794932
Admissions No. 19615
*Jordan, Hyden, Womble & Culbreth, P.C.*
500 N. Shoreline Blvd., Suite 900
Corpus Christi, Texas 78471
Telephone: (361) 884-5678
Telecopier: (361) 888-5555

**ATTORNEYS FOR
TOM'S FOODS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing instrument was served by Certified Mail, Return Receipt Requested, on the following parties on this the 7th day of November 2000.

Guillermo Vega, Jr.
302 Kings Highway, Suite 105
Brownsville, Texas 78521

Mitchell C. Chaney
1201 East Van Buren
P.O. Box 2155
Brownsville, Texas 78522

_Michael J. Urbis_
Michael J. Urbis